# CERTIFICATE OF SERVICE

I, Gini L. Downing          (name), certify that service of this summons and a copy of the complaint was made February 4, 2022          (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
SPS-Ironshore Pharma
Attn: Nilay Patel, General Counsel
15 Ingram Blvd.
La Vergne, TN 37086

Ironshore Pharmaceuticals Inc.
430 Davis Dr. Suite 250
Durham NC  27560

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Ironshore Pharmaceuticals, Inc.
SPS-Ironshore Pharma
Attn: Nilay Patel, General Counsel
15 Ingram Boulevard
La Vergne, TN 37086

Ironshore Pharmaceuticals, Inc.
Attn: William S. Evangelista, President/COO
2370 State Road 70 West
Suite 309
Cherry Hill, NJ 08002

The Corporation Trust Company,
R/A for Ironshore Pharmaceuticals, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| | | | |
|---|---|---|---|
| Date | February 4, 2022 | Signature | */s/ Gini L. Downing* |
| | Print Name: | | Gini L. Downing |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Corporation Trust Company,
   R/A for Ironshore Pharmaceuticals, Inc.
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

   9590 9402 3367 7227 2827 39

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6572

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   FEB 08 2022
   CT CORPORATION

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ironshore Pharmaceuticals, Inc.
   SPS-Ironshore Pharma
   Attn: Nilay Patel, General Counsel
   15 Ingram Boulevard
   La Vergne, TN 37086

   9590 9402 3367 7227 2827 15

2. Article Number (Transfer from service label)

   7017 2400 0000 3936 6558

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)         C. Date of Delivery: 2-7-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt